

RECEIVED
IN LAKE CHARLES, LA
NOV 10 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 6:16-cr-00025-03 |
| VERSUS | JUDGE MINALDI |
| ALVONTRE GRIFFIN (03) | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Alvontre Griffin, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Alvontre Griffin is finally adjudged guilty of the offense charged in Count One of the Bill of Information.

Lake Charles, Louisiana, on this 8 day of November, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE